UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE HENDERSON, SR.,** | Case No. 1:22-cv-00072-AWI-BAK(BAM) (PC) |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| **RALPH MEJIA, et al.,** | |
| Defendants. | (Doc. Nos. 9, 11) |
| | **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Curtis Lee Henderson, Sr. is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a motion to proceed *in forma pauperis*. (Doc. No. 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 22, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*. (Doc. No. 11.) The assigned magistrate judge found that plaintiff has "three strikes" under 28 U.S.C. § 1915(g) and that he fails to show that he is in imminent danger of serious physical injury.

Plaintiff filed timely objections on March 7, 2022, arguing that the magistrate judge's findings and recommendations were prejudicial by imposing a fourteen-day deadline for his objections and by making "an argument of behalf of defendants without screening the

complaint." (Doc. No. 12.) Plaintiff argues that he was and continues to be in imminent danger and applying the three strikes rule would allow Defendants to continue to inflict cruel and unusual punishment and forcing him to be physically abused. (*Id.* at 4.) Plaintiff seeks judicial notice of orders entered by United States District Judge Claudia Wilken in *Armstrong v. Newsom*, Case No. 4:94-cv-2307 CW, in the Northern District of California, attached to his objections as Exhibit A.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis. The magistrate judge properly provided Plaintiff with fourteen days to object to the findings and recommendations. 28 U.S.C. § 636 provides:

> [T]he magistrate judge shall file his proposed findings and recommendations . . . with the court and a copy shall forthwith be mailed to all parties. Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.

28 U.S.C. § 636(b)(1)(B)–(C); *accord* L.R. 304(b) ("Within fourteen (14) days after service of the proposed findings and recommendations on the parties, unless a different time is prescribed by the Court, and any party may file . . . objections to such proposed findings and/or recommendations . . . .").

The magistrate judge also correctly considered Plaintiff's *in forma pauperis* application under 28 U.S.C. § 1915(a)(1) prior to screening the complaint under section 1915A(a). While Plaintiff argues that Defendant Mejia pointed a firearm at him rather than Defendant Herrmann as found by the magistrate judge, this scrivener's error does not change the conclusion that Plaintiff was not under immediate, real, and proximate danger of serious physical injury at the time he filed his complaint.[1] The decisions of District Judge Wilken do not support Plaintiff's claim of imminent danger, and the Court declines to take judicial notice of these decisions.

---

[1] In his complaint, Plaintiff alleges as follows: ". . . He knows I was not on the Kiosk[.] He Mejia then stated 'So what now your going to see how it feels to be wrote up.' I then requested to see Sergeant Herrmann. The defendant then reached for an grabed [sic] a leathel [sic] firearm pointed in my direction while placing the shoulder strap on . . . ." (Doc. No. 1 at 3–4.)

2

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on February 22, 2022, (Doc. No. 11), are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis*, (Doc. No. 2), is **DENIED**;
3. **Within forty-five (45) days** from the date of service of this Order, Plaintiff **SHALL** pay the $402.00 initial filing fee to proceed with this action; and
4. The failure of Plaintiff to comply with this Order will result in a dismissal of this case for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   April 1, 2022                         _____
                                               SENIOR DISTRICT JUDGE