UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | **Case No. 1:22-cv-00072-AWI-BAK (BAM) (PC)** |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| v. | **(ECF No. 14)** |
| RALPH MEJIA, et al., | **ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND PROSECUTE THE CASE** |
| Defendants. | **(ECF No. 13)** |
| | **ORDER FOR CLERK TO CLOSE CASE** |

Plaintiff Curtis Lee Henderson, Sr., is a state prisoner proceeding *pro se* in this civil rights case filed under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2022, the Court denied Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), and requiring Plaintiff to pay the $402.00 filing fee within forty-five days. (ECF No. 13.) More than forty-five days passed, and Plaintiff failed to pay the fee as ordered. On May 31, 2022, the assigned magistrate judge issued findings and recommendations to dismiss the action without prejudice for Plaintiff's failure to comply with a court order and failure to prosecute. (ECF No. 14.) The fourteen-day period for objecting to the findings and recommendations has expired, and Plaintiff has not filed objections or any other response.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on May 31, 2022, (ECF No. 14), are adopted in full;
2. This action is dismissed, without prejudice, based on Plaintiff's failure to obey a court order and prosecute the case; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 15, 2022                                                             
                                            SENIOR DISTRICT JUDGE